UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. MJ04-M-281JLA


UNITED STATES OF AMERICA

V.

DONOVAN SORRELL

**<u>ORDER ON DETENTION</u>**


ALEXANDER, M.J.

The defendant, Donovan Sorrell, appeared before this Court on December 8, 2004, for a hearing on detention pursuant to a complaint charging him with a violation of 21 U.S.C. § 841(a)(1), possession of cocaine with intent to distribute cocaine.  Attorney Martin Murphy  represented the defendant and Assistant United States Attorney David Tobin appeared on behalf of the government.

At the commencement of the hearing, Mr. Sorrell waived his right to a preliminary examination and detention hearing and consented to detention without prejudice. Accordingly, the Court hereby issued a finding of PROBABLE CAUSE in this case and ORDERED the defendant, Donovan Sorrell, DETAINED pursuant to 18 U.S.C. § 3142 (e).

SO ORDERED.


| 1/5/05 | /S/ Joyce London Alexander |
|---|---|
| Date | UNITED STATES MAGISTRATE JUDGE |